## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NILDA N. DIAZ,** | : | |
| **Plaintiff** | : | No. 3:13-cv-02179 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CAROLYN W. COLVIN,** | : | (Magistrate Judge Schwab) |
| **Acting Commissioner of** | : | |
| **Social Security** | : | |
| **Defendant** | : | |
| | : | |

### ORDER

**AND NOW,** on this 21st day of January, 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 14) is **NOT ADOPTED**;

2. Defendant's objections (Doc. No. 17) are **SUSTAINED**;

3. The decision of the Commissioner denying disability insurance benefits and supplemental social security income to Plaintiff is **AFFIRMED**; and

4. The Clerk of Court is directed to close the above-captioned action.

                                                S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania